EXHIBIT

A

| | |
|---|---|
| District Court, Jefferson County, Colorado<br>100 Jefferson County Parkway<br>Golden, CO 80401<br>Tel: 303-271-6145 | DATE FILED: February 21, 2017 12:11 PM<br>FILING ID: 6092FEB588EEC<br>CASE NUMBER: 2017CV30252 |
| **TATYANNA G. VANDER, Plaintiff**<br><br>**vs.**<br><br>**COSTCO WHOLESALE CORPORATION, Defendant** | ▲ **COURT USE ONLY** ▲ |
| Attorney for Plaintiff:<br>L. Paul LeRoux, #35987<br>LeRoux Law, LLC<br>8501 Turnpike Dr., Suite 110<br>Westminster, CO 80031<br>Email: paul@lerouxlegal.com | Case Number: 2017 CV<br><br>Division Courtroom |
| **COMPLAINT AND JURY DEMAND** | |

Plaintiff Tatyanna Vander ("Plaintiff"), by and through her undersigned counsel, LeRoux Law, LLC, hereby submits the foregoing Complaint against Costco Wholesale Corporation ("Costco"). Plaintiff avers and alleges as follows:

**Parties, Jurisdiction and Venue**

1. Plaintiff is an individual over the age of twenty-one who is a resident of Colorado.

2. Costco is a Foreign Corporation registered to conduct business in the State of Colorado.

3. Costco has a principle office street address of 999 Lake Drive, Issaquah, Washington 98027.

4. Costco's registered agent is The Corporation Company located at 1675 Broadway, Suite 1200, Denver, Colorado 80202.

5. This Court has subject matter jurisdiction to adjudicate the claims for relief alleged herein pursuant to Article VI, Section 9(1) of the Colorado Constitution.

6. Venue is proper in this Court pursuant to C.R.C.P. 98(c), as Defendant Costco is an out-of-state resident that conducts business throughout the state. Further, the tortious conduct occurred in Jefferson County.

## General Allegations

7. Plaintiff incorporates each of the allegations set forth in Paragraphs 1 through 6 of the Complaint as if set forth in full here.

8. Plaintiff continues to reside at 2830 W 116th Place, #105, Westminster, CO 80234, and has done so at all times relevant to this complaint.

9. Costco occupies the premises and operates a retail sale business located at 6400 W. 92nd Avenue, Westminster, CO 80031.

10. Costco, as occupier of the premises, is legally responsible for the condition of the property, activities conducted at the property, and circumstances existing therein.

11. On June 14, 2015, Plaintiff was on the premises occupied by Costco to transact business in which the parties were mutually interested.

12. Plaintiff was a customer of Costco.

13. A Costco employee had recently used a floor washing machine in the chilled area where vegetables and fruits are displayed.

14. The floor was wet and there were no wet floor signs posted in the area.

15. As Plaintiff walked into this part of Costco, she made it approximately two to three feet into the produce cooler before she slipped on the wet floor and fell.

16. Plaintiff was unable to get up on her own as the floor around her was slippery and wet.

17. Water from the floor had soaked into her clothing and her blouse was disheveled during the fall, showing her bare midriff.

18. Plaintiff was extremely embarrassed.

19. Plaintiff's son and a Costco employee were eventually able to help her up.

20. Immediately after the fall, Plaintiff's experienced pain in lower body and wrist.

21. Plaintiff's pain persisted.

22. Plaintiff presented to her primary care office for evaluation.

23. Plaintiff reported joint pain and stiffness, and muscle pain.

24. Plaintiff's pain did not subside and she returned to primary care office for further evaluation.

25. Plaintiff was diagnosed with bursitis of the hip.

26. Plaintiff has difficulty sleeping due to the pain and discomfort.

27. Plaintiff has noted injuries from the fall.

28. Plaintiff has decreased strength in the affected areas of her body.

29. Plaintiff has high anxiety associated with the fear of falling again.

30. To date, Plaintiff has not been compensated for her loss and/or damages.

**First Claim for Relief**
**(Premises Liability)**

31. Plaintiff incorporates all paragraphs by reference herein.

32. Costco is a landowner, as defined by C.R.S. § 13-21-115, and is legally responsible for the condition of the property on which Plaintiff's injury occurred.

33. Plaintiff was a customer of Costco.

34. Plaintiff was an invitee on the premises occupied by Costco.

35. As an invitee, Plaintiff is entitled to recover for damages caused by landowner Costco's unreasonable failure to exercise reasonable care to protect against dangers of which Costco actually knew or should have known existed on the property pursuant to C.R.S. § 13-21-115.

36. Plaintiff suffered multiple injuries.

37. Costco actually knew of the danger that existed on the property.

38. Costco failed to use reasonable care to protect against the danger on the property by failing to notify invitees of the danger that existed.

39. Costco's failure to protect against the danger that existed on the property was the direct cause of Plaintiff's injuries. The precise amount of the injuries, losses and damages shall be proven at trial.

**Requested Relief**

**WHEREFORE**, Plaintiff requests that this Court enter judgment in her favor, and against Defendant, as follows:

A. An award of full compensatory, special, consequential and incidental damages, in an amount to be proven at trial, to fully compensate Plaintiff for her damages, losses and injuries;

B. An award of pre-judgment and post-judgment interest, attorneys' fees, expert witness fees and costs of suit;

C. An award of all other relief to which Plaintiff may be entitled under the law and/or prevailing circumstances.

**JURY DEMAND**

Plaintiff respectfully demand a jury trial on all claims so triable.

Dated this 21st day of February 2017.

LEROUX LAW LLC

By: /s/ L. Paul LeRoux II
L. Paul LeRoux, #35987
Attorney for Plaintiff